UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREGORY LAHR ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:20-CV-543-FL |
| TCFI AEVEX LLC & TCFI AEVEX ) | |
| HOLDINGS, LLC *d/b/a Aevex Aerospace* ) | |
| and COMPANION SECURITY GROUP, ) | |
| LLC, ) | |
|        Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's failure to file an amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered February 1, 2021 and April 30, 2021, and for the reasons set forth more specifically therein, the court GRANTS defendant's motion to dismiss. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on June 4, 2021, and Copies To:**
Michael Raymond Porter  (via CM/ECF Notice of Electronic Filing)
Regina Worley Calabro  (via CM/ECF Notice of Electronic Filing)
Patrick D. Lawler  (via CM/ECF Notice of Electronic Filing)


June 4, 2021                                  PETER A. MOORE, JR., CLERK

                                                        /s/ Sandra K. Collins
                                                       (By) Sandra K. Collins, Deputy Clerk